UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DWAYNE COLLINS, | § | |
| TDCJ-CID No. 509421 | § | |
| | § | |
| v. | § | C.A. NO. C-05-013 |
| | § | |
| DOUG DRETKE, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE–INSTITUTIONAL DIVISION | § | |

## MEMORANDUM OPINION AND ORDER GRANTING RESPONDENT'S MOTION FOR SUMMARY JUDGMENT

On May 27, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 14). Objections were timely filed (D.E. 15). However, petitioner's objection is merely a restatement of the allegations set forth in his petition and raises no new issues. Having reviewed *de novo* the Magistrate Judge's memorandum and recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, respondent's Motion for Summary Judgment (D.E. 10) is GRANTED, and petitioner's cause of action for habeas corpus relief is DISMISSED. Petitioner's Certificate of Appealability is DENIED.

ORDERED this      2nd      day of      August     , 2005.

_____
HAYDEN HEAD
CHIEF JUDGE